UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NATHANIEL PORTER, # 129599, )<br>a/k/a N. KALONJI OWUSU I, )<br>      Plaintiff, )<br>)<br>-v- )<br>)<br>JAMES VAN TATENHOVE, ET AL., )<br>      Defendant. )<br>_____) | No. 1:10-cv-131<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendants' motion to dismiss and having dismissed all claims against Defendants, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  February 8, 2012             /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief United States District Judge